THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:11cv16

| | |
|---|---|
| RBC BANK (USA), | ) |
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
| JOHNNY ISLAM CHOWDHURY, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court *sua sponte*.

The Pretrial Order and Case Management Plan previously entered in this matter required mediation to occur in this case on or before January 15, 2012, and for a mediator's report to be filed within seven (7) days thereafter. [Doc. 7]. To date, no report has been filed regarding the parties' mediation.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall provide a mediator's report within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: March 27, 2012

Martin Reidinger
United States District Judge