THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL CASE NO. 2:11cv16

| | | |
|---|---|---|
| RBC BANK (USA), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOHNNY ISLAM CHOWDHURY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment [Doc. 11].

In his Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment, the Defendant requests that the Court enter summary judgment in his favor as a non-moving party pursuant to Rule 56(f)(1) of the Federal Rules of Civil Procedure. Rule 56(f)(1) provides that the Court may enter summary judgment in favor of a non-moving party "[a]fter notice and a reasonable time to respond."

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff shall have until April 13, 2012 in which to file a supplemental brief addressing the Defendant's request for entry of summary judgment in his favor. The

Defendant may file a response to any supplemental briefing filed by the Plaintiff on or before April 20, 2012.

**IT IS SO ORDERED.**

Signed: April 5, 2012

Martin Reidinger
United States District Judge

2

Case 2:11-cv-00016-MR -DLH   Document 15   Filed 04/05/12   Page 2 of 2