THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:11cv16

| | |
|---|---|
| RBC BANK (USA), | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOHNNY ISLAM CHOWDHURY, | ) |
| | ) |
| Defendant. | ) |

## J U D G M E N T

For the reasons set forth in the Memorandum of Decision and Order entered contemporaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Summary Judgment [Doc. 9] is **DENIED**, and pursuant to Rule 56(f)(1) of the Federal Rules of Civil Procedure summary judgment is hereby **GRANTED** in favor of the Defendant. This case is hereby **DISMISSED**.

Signed: April 12, 2012

Martin Reidinger
United States District Judge